■ BARBARA MILLER, Respondent, v JACK IRWIN, Appellant. [610 NYS2d 780] —Order, Supreme Court, Bronx County (Alan

Saks, J.), entered May 11, 1992, which, *inter alia*, denied defendant's motion to dismiss the complaint for lack of personal jurisdiction, unanimously affirmed, without costs.

The testimony of plaintiff's attorney that he personally reserved the summons and complaint at a deposition satisfied plaintiff's burden of establishing proper service by a preponderance of the credible evidence *(see, Powell v Powell*, 114 AD2d 443). We find no reason to disturb the IAS Court's findings crediting the testimony of plaintiff's attorney and discrediting the contrary testimony of defendant. Concur— Murphy, P. J., Sullivan, Carro, Rosenberger and Asch, JJ.